984

No. 72–1049.  SCHULMAN v. NEW YORK.  App. Term, Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 72–1065.  MALONEY, DBA APALACHICOLA TIMES v. GIBSON ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 72–5068.  SINGLETON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–5300.  BARBARA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–5442.  McKINNEY v. JONES, SHERIFF.  C. A. 5th Cir.  Certiorari denied.

No. 72–5528.  CORBETT ET AL. v. UNITED STATES; and
No. 72–5865.  MILISCI v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 465 F. 2d 700.

No. 72–5609.  CURLEY v. SOUTH CAROLINA ET AL. C. A. 4th Cir.  Certiorari denied.

No. 72–5698.  KAREN v. PARK ET AL.  C. A. 9th Cir. Certiorari denied.

No. 72–5702.  STODDARD v. FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 72–5719.  SMITH v. KANSAS.  C. A. 10th Cir. Certiorari denied.

No. 72–5725.  POLAK v. CRAVEN, WARDEN.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 72–5744.  CARTER v. MASCO MECHANICAL CONTRACTORS, INC.  County Civ. Ct. at Law No. 2, Harris County, Tex.  Certiorari denied.

No. 72–5752.  FIORE v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.